UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIA A. BURROW, | ) |
| Plaintiff, | ) |
| | ) NO. CV-04-3081-CI |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) **JUDGMENT IN A** |
| Commissioner of Social Security, | ) **CIVIL CASE** |
| | ) |
| Defendant. | ) |

**IT IS ORDERED AND ADJUDGED** that this matter is REVERSED and REMANDED to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Memorandum of the Ninth Circuit Court of Appeals, dated March 7, 2007, Cause No. 05-35583. Judgment is entered for the plaintiff.

Dated this 11th day of June, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk